IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
JUL 13 2011
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>**JUSTIN GRAY**, )<br><br>Defendant. ) | CRIMINAL NO. 11-1867<br><br>Counts 1-3:  18 U.S.C. §§ 2252(a)(2), 2252(b)(1), and 2256: Distribution and Attempted Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct;<br><br>Count 4: 18 U.S.C. §§ 2252(a)(2), 2252(b)(1), and 2256:  Receipt of Visual Depiction of a Minor Engaged in Sexually Explicit Conduct;<br><br>Counts 5-6: 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256:   Possession of Matter Containing Visual Depictions of Minors  Engaged  in  Sexually  Explicit Conduct. |

## INDICTMENT

The Grand Jury charges:

### Counts 1-3

On or about the dates set forth below, in Lincoln County, in the District of New Mexico,

the defendant, **JUSTIN GRAY**, did knowingly distribute and attempt to distribute a visual

depiction contained in the computer files described below, which visual depiction had been

distributed using any means and facility of interstate and foreign commerce and which had been

mailed and shipped and transported in interstate and foreign commerce, and which contained

materials which had been so mailed and shipped and transported by any means, including by

computer, the production of which depiction involved the use of a minor engaging in sexually

explicit conduct and is of such conduct:

| COUNT | FILE NAME AND/OR CONDUCT | DATE |
|---|---|---|
| 1 | +?iso-8859-1?g?3 loco ni+a6os teniendo sexo=5f nombre de busqueda mas fa?= =?iso-8559-1?g?sil es tito35ni+=a6os.jpg | October 18, 2010 |
| 2 | Chat session related to Windows Live Messenger in which "justin14morgan@live.com" sent multiple images of child pornography to include the following files: "!3boys2.wmv," "512(16).WMV," "7.wmv," and "Rico.avi." | February 20, 2011 |
| 3 | Chat session related to Skype in which "jeffthebeast" sent the file of "spongebob.avi" | Between November 18, 2010 to November 22, 2010 |

In violation of 18 U.S.C. §§ 2252(a)(2), 2252(b)(1), and 2256.

<u>Count 4</u>

On or about September 18, 2010, in Lincoln County, in the District of New Mexico, the

defendant, **JUSTIN GRAY**, did knowingly receive a visual depiction contained in the computer

file described as follows:  "?iso-8859-1?g?amigo=5f nombre de busuedo mas facil

tito35ni=flos.jpg?=," which visual depiction had been received using any means and facility of

interstate and foreign commerce and which had been mailed and shipped and transported in

interstate and foreign commerce, and which contained materials which had been so mailed and

shipped and transported by any means, including by computer, the production of which depiction

involved the use of a minor engaging in sexually explicit conduct and is of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(2), 2252(b)(1), and 2256.

## Count 5

On or about March 10, 2011, in Lincoln County, in the District of New Mexico,

the defendant, **JUSTIN GRAY**, did knowingly possess a matter, to wit:  a Compaq Presario

CQ62 Laptop Computer, Serial Number CNF0237FXR, containing an internal Toshiba 250 GB

Hard Drive, Serial Number 50Q8S0NGS, containing visual depictions that had been shipped and

transported using any means and facility of interstate and foreign commerce, and which had been

shipped and transported in and affecting interstate and foreign commerce, and which were

produced using materials which had been shipped and transported, by any means, including by

computer, the production of which visual depictions involved the use of a minor engaging in

sexually explicit conduct and are of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256.

## Count 6

On or about March 10, 2011, in Lincoln County, in the District of New Mexico,

the defendant, **JUSTIN GRAY**, did knowingly possess a matter, to wit:  4GB SanDisk Memory

Stick, containing visual depictions that had been shipped and transported using any means and

facility of interstate and foreign commerce, and which had been shipped and transported in and

affecting interstate and foreign commerce, and which were produced using materials which had

been shipped and transported, by any means, including by computer, the production of which

visual depictions involved the use of a minor engaging in sexually explicit conduct and are of

such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense alleged in this indictment, the defendant, **JUSTIN GRAY,** shall forfeit to the United States pursuant to 18 U.S.C. §§ 2252 and 2253:

1).        Compaq Presario CQ62 Laptop Computer, Serial Number CNF0237FXR, containing an internal Toshiba 250 GB Hard Drive, Serial Number 50Q8S0NGS;

2).        PNY 2GB USB Thumbdrive; and

3).        4 GB SanDisk Memory Stick.

A TRUE BILL:

_/s/_____
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

JJ  07/06/11 9:47am